IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GARY LYONS                                                                                       PLAINTIFF

vs.                                    Civil No. 4:17-cv-4030

NANCY A. BERRYHILL                                                                        DEFENDANT
Acting Commissioner, Social Security Administration

**MEMORANDUM OPINION**

On August 4, 2017, Gary Lyons ("Plaintiff") filed this Unopposed Motion for Voluntary Dismissal. ECF No. 11. The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 5. Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Plaintiff has requested a voluntary dismissal, and Defendant has no objections to this Motion. Accordingly, the undersigned **GRANTS** Plaintiff's Motion for Voluntary Dismissal (ECF No. 11) and dismisses Plaintiff's case without prejudice.

**ENTERED this 17th day of August 2017.**

                                                                                         /s/   Barry A. Bryant
                                                                                         HON. BARRY A. BRYANT
                                                                                         U.S. MAGISTRATE JUDGE