IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GARY LYONS                                                                  PLAINTIFF

vs.                      Civil No. 4:17-cv-4030

NANCY A. BERRYHILL                                 DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

In accordance with the Memorandum Opinion entered in the above-styled case on today's date, the Court hereby orders Plaintiff's case DISMISSED without prejudice.

**ENTERED** this **17th day of August 2017.**

                                                                                 /s/ Barry A. Bryant
                                                                                 HON. BARRY A. BRYANT
                                                                                 U.S. MAGISTRATE JUDGE